# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DWAYNE HILL, | : | No. 32 EAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court entered on July |
| | : | 13, 2015 at No. 405 MD 2014. |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPT. OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 16th day of February, 2016, the order of the Commonwealth Court is **AFFIRMED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this case.